**PERSONAL AND CHECK INFORMATION**

Esmeralda Anguiano
415 E 84th Pl
Los Angeles, CA  90003

Soc Sec #: xxx-xx-0408    Employee ID: 1269
Home Department: 278 Shipping-carters Kohls

Pay Period: 06/09/10 to 06/22/10
Check Date: 06/25/10    Check #: 27530

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 570.99 |
| Chkg 3057 | 608.67 | 7324.25 |
| **NET PAY** | **608.67** | **7895.24** |

**EARNINGS**

| DESCRIPTION | | HOURS | | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Regular | | 79.25 | | 9.0000 | 713.25 | 998.25 | 8955.38 |
| Retro Pay | | | | | | | 39.88 |
| Overtime | | 1.25 | | 13.5000 | 16.88 | 14.50 | 192.76 |
| Holiday | | | | | | 24.00 | 208.00 |
| Sick | | | | | | 8.00 | 72.00 |
| **EARNINGS** | | **80.50** | | | **730.13** | **1044.75** | **9468.02** |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 45.27 | 587.03 |
| Medicare | | 10.59 | 137.29 |
| Fed Income Tax | S 2 | 22.59 | 290.78 |
| CA Income Tax | S 0 2 | 3.08 | 39.49 |
| CA Disability | | 8.03 | 104.14 |
| **TOTAL** | | **89.56** | **1158.73** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401 K$ Ded | 10.00 | 130.00 |
| Stockpurch | 21.90 | 284.05 |
| **TOTAL** | **31.90** | **414.05** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 608.67 | 7895.24 |

Payrolls by Paychex, Inc.

0089 0089-L056  Kids Line LLC • 2601 Sequoia Dr • South Gate CA  90280

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Esmeralda Anguiano Garcilazo
415 E 84th Pl
Los Angeles, CA 90003

Soc Sec #: xxx-xx-0408    Employee ID: 1269
Home Department: 278 Shipping-carters Kohls

Pay Period: 06/23/10 to 07/06/10
Check Date: 07/09/10    Check #: 27662

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 570.99 |
| Chkg 3057 | 639.72 | 7963.97 |
| **NET PAY** | **639.72** | **8534.96** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 69.75 | 9.0000 | 627.75 | 1068.00 | 9583.13 |
| | Retro Pay | | | | | 39.88 |
| | Overtime | 5.50 | 13.5000 | 74.25 | 20.00 | 267.01 |
| | Holiday | 8.00 | 9.0000 | 72.00 | 32.00 | 280.00 |
| | Sick | | | | 8.00 | 72.00 |
| | **EARNINGS** | 83.25 | | 774.00 | 1128.00 | 10242.02 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 47.99 | 635.02 |
| | Medicare | | 11.22 | 148.51 |
| | Fed Income Tax | S 2 | 29.17 | 319.95 |
| | CA Income Tax | S 0 2 | 4.17 | 43.66 |
| | CA Disability | | 8.51 | 112.65 |
| | **TOTAL** | | 101.06 | 1259.79 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401 K$ Ded | 10.00 | 140.00 |
| | Stockpurch | 23.22 | 307.27 |
| | **TOTAL** | 33.22 | 447.27 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 639.72 | 8534.96 |

*Payrolls by Paychex, Inc.*

0089 0089-L056  Kids Line LLC • 2601 Sequoia Dr • South Gate CA  90280