NANCY CURRY, CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA  90014
(213) 689-3014 FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) CHAPTER 13 |
| | ) |
| ANGUIANO, CRISTAL | ) CASE NO. 2:10-bk-50704-VK |
| | ) |
| | ) NOTICE OF **RESCHEDULED §341(a)** |
| | ) MEETING OF CREDITORS |
| | ) |
| | ) |
| | ) **Date:   November 10, 2010** |
| | ) **Time:   10:00 AM** |
| | ) **Place:  725 South Figueroa Street** |
| Debtor ) | **Room 2610** |
| | ) **Los Angeles, CA 90017** |

PLEASE TAKE NOTICE that the §341(a) meeting of creditors in this case

has been rescheduled for the above **date** and **time**.  The location shall remain

the same.

DATED: October 26, 2010                                        /s/Nancy Curry

NTC Reset 341

**PROOF OF SERVICE OF DOCUMENT**

**In Re:   ANGUIANO, CRISTAL**
**         Case No. LA 2:10-bk-50704-VK**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

>       NANCY CURRY, CHAPTER 13 TRUSTEE
>       606 S. OLIVE STREET, SUITE 950
>       LOS ANGELES, CA  90014

The foregoing document described as **NOTICE OF RESCHEDULED 341(A) MEETING OF CREDITORS** will be served
 or was served **(a)** on thejudge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
 indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s)
and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.
On October 26, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On October 26, 2010, I
served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by
placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an
overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.

Debtor
ANGUIANO, CRISTAL
4972 PACIFIC AVE.
LONG BEACH, CA 90805

Attorney for Debtor
L. BISHOP AUSTIN
3250 WILSHIRE BLVD., #1500
LOS ANGELES, CA 90010-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity
served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on October 26, 2010 I served the following person(s) and/or entity(ies) by
personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as
follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours
after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 26, 2010 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341

Label Matrix for local noticing
0973-2
Case 2:10-bk-50704-VK
Central District Of California
Los Angeles
Tue Oct 26 15:52:24 PDT 2010

BAC Home Loan Servicing LP
7105 Corporate Dr
Plano, TX 75024-4100

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

JP Morgan Chase Bank, N.A.
Solomon, Grindle, Silverman & Wintringer
c/o Timothy J. Silverman
12651 High Bluff Drive, Suite 300
San Diego, CA 92130-2023

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

BAC Home Loan Servicing
PO BOX 515503
Los Angeles, CA 90051-6803

Bank of America
PO BOX 15726
Wilmington, DE 19886-5726

Bank of America Home Loans
450 American Street
Simi Valley, CA 93065-6285

Bank of America, N.A.
PO BOX 60456
Los Angeles, CA 90060-0456

Bank of America, National Associati
Agent for Service of Process
CT Corporation System
818 West Seventh St
Los Angeles, CA 90017-3407

Chase Auto Finance
PO BOX 78101
Phoenix, AZ 85062-8101

Department Stores National Bank/Macys
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374-0241

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626-7037

Home Depot Credit Services
PO BOX 182676
Columbus, OH 43218-2676

JPMorgan Chase Bank, N.A.
201 N CENTRAL AVE
PHOENIX, AZ 85004-0905

Jc Penney
PO BOX 960090
Orlando, FL 32896-0090

Reconstrust Company
1800 Tapo Canyon Rd, SV2-202
Simi Valley, CA 93063-6712

TARGET NATIONAL BANK
PO BOX 59317
Minneapolis, MN 55459-0317

Target National Bank
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Trans Union Credit Bureau
Bankruptcy Notification
PO BOX 2000
Chester, PA 19016-2000

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

(p)WACHOVIA DEALER SERVICES INC
BK DEPARTMENT
PO BOX 19657
IRVINE CA 92623-9657

Cristal Anguiano
4972 Pacific Ave
Long Beach, CA 90805-6766

Leroy Bishop Austin
L.Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1608

Nancy K Curry (TR)
606 South Olive Street, Suite 950
Los Angeles, CA 90014-1668

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Wells Fargo Dealer Services
PO BOX 25341
Santa Ana, CA 92799




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(u)Courtesy NEF                          End of Label Matrix
                                         Mailable recipients    27
                                         Bypassed recipients     1
                                         Total                   28