| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-50704-VK |
|---|---|
| In re<br><br>Cristal Anguiano<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Cristal Anguiano__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __9/23/2010__.

2. I am the owner of real property[1] at the following street address:

    __4972 Pacific Ave,__

    __Long Beach, CA 90805__ _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __Bac Home Loans Servicing, LP__.

    b. Second deed of trust in favor of _____ *(if applicable)*. --Bank of America, N.A. Motion avoid Jr Lien Granted--

    c. Third deed of trust in favor of _____ *(if applicable)*.

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Cristal Anguiano | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:10-bk-50704-VK |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bac Home Loans Servicing, LP | $ 1654.50 | 1-15th October 2010 | 10/26/2010 |
| | $1,654.50 | 1-15th Nov 2010 | 11/06/10 |
| | $1,654.50 | 1-15th Dec 2010 | 12/09/10 |
| | $1,654.50 | 1-15th Jan 2011 | 01/12/11 |
| | $1,654.50 | 1-15th Feb 2011 | 02/14/11 |
| | $1,654.50 | 1-15th March 2011 | 03/12/11 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

F 3015-1.4

| In re<br>Cristal Anguiano | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-50704-VK |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  3/23/11                                Signature  _____
                                                        Cristal Anguiano
                                                        Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                            Best Case Bankruptcy

**CHASE**

Keep this receipt as a record of your purchase.

*Mortgage pmt MARCH 2011*

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1127706317

03/12/2011

California

Remitter  CRISTAL F ANGUINANO

$ **********1,654.50 ***

Pay To The Order Of   BAC HOME LOANS SERVICING, LP
ACCT #872651949 CH CASE#2:10-BK-50704VK

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

---

**CHASE**    **CASHIER'S CHECK**    1127706317  91-2/1221

Date  03/12/2011

Remitter  CRISTAL F ANGUINANO

Pay:   ONE THOUSAND SIX HUNDRED FIFTY FOUR DOLLARS AND 50 CENTS

$ **********1,654.50 ***

Pay To The Order Of   BAC HOME LOANS SERVICING, LP
ACCT #872651949 CH CASE#2:10-BK-50704VK

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1127706317⑈ ⑆122100024⑆ 806002234⑈

# CHASE

Keep this receipt as a record of your purchase.

MORTGAGE PMT
FEB. 2011

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1854205551

02/14/2011

California

Remitter  CRISTAL F ANGUIANO

$ *********1,654.50 ***

Pay To The Order Of   BAC HOME LOANS SERVICING, LP
ACCT# 872651949

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.



Keep this receipt as a record of your purchase.

MORTGAGE PMT
JAN. 2011

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1982009667

01/12/2011

California

Remitter  CRISTAL F ANGUIANO

$ **********1,654.50 ***

Pay To The Order Of   BAC HOME LOANS SERVICING, LP
ACCT # 872651949

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.



**CASHIER'S CHECK**   1982009667  91-2/1221

Date   01/12/2011

Remitter  CRISTAL F ANGUIANO

Pay:   ONE THOUSAND SIX HUNDRED FIFTY FOUR DOLLARS AND 50 CENTS

$ **********1,654.50 ***

Pay To The Order Of   BAC HOME LOANS SERVICING, LP
ACCT # 872651949

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1982009667⑈  ⑆122100024⑆  80600 2234⑈

**CHASE**

Keep this receipt as a record of your purchase.

MORTGAGE PMT
DEC 2010

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1127705432

12/09/2010

California

Remitter  CRISTAL F. ANGUIANO

$ **********1,654.50 ***

Pay To The Order Of: BAC HOME LOANS SERVICING, LP
ACCT# 872651949

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

262111107 NEW 01/09 6810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**    1127705432  91-2/1221

**CHASE**

Date  12/09/2010

Remitter  CRISTAL F. ANGUIANO

Pay:  ONE THOUSAND SIX HUNDRED FIFTY FOUR DOLLARS AND 50 CENTS

$ **********1,654.50 ***

Pay To The Order Of: BAC HOME LOANS SERVICING, LP
ACCT# 872651949

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1127705432⑈  ⑈122100024⑈  806002234⑈

# CHASE

Keep this receipt as a record of your purchase.

**MORTGAGE PMT
NOV 2010**

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy
1102706464
11/06/2010

California

Remitter  CRISTAL F ANGUIANO

Pay To The Order Of:  BAC HOME LOANS SERVICING, LP
ACCOUNT #872651949

$ **********1,654.50 ***

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

---

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK   **CASHIER'S CHECK**   HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

# CHASE

1102706464  91-2/1221

Date  11/06/2010

Remitter  CRISTAL F ANGUIANO

Pay:  ONE THOUSAND SIX HUNDRED FIFTY FOUR DOLLARS AND 50 CENTS

$ **********1,654.50 ***

Pay To The Order Of:  BAC HOME LOANS SERVICING, LP
ACCOUNT #872651949

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael [signature]*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

CH 13
CASE # 2:10-BK-50704 VK

⑈1102706464⑈ ⑆122100024⑆ 806002234⑈