L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Cristal Anguiano<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:10-bk-50704-VK<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Cristal Anguiano, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

I sent on 11/10/10 $361. 12/01/10 $361. 12/30/10 $361. 01/29/11 $361. and 02/26/11 $361 to my Chapter 13 Trustee **NANCY K CURRY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 1403, MEMPHIS, TN 38101** See attached copy of the money order(s). Pmts made for November 2010 to March 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 23, 2011

_____
Debtor

1



Keep this receipt as a record of your purchase.

MARCH 2011

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1982010520

02/26/2011

California

Remitter  CRISTAL F ANGUIANO

$ ***********361.00 ***

Pay To The Order Of   CHAPTER 13 TRUSTEE
CH13  2:10-BK50704-VK

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

---



**CASHIER'S CHECK**         1982010520  91-2/1221

Date   02/26/2011

Remitter  CRISTAL F ANGUIANO

Pay:   THREE HUNDRED SIXTY ONE DOLLARS AND 00 CENTS

$ ***********361.00 ***

Pay To The Order Of   CHAPTER 13 TRUSTEE
CH13  2:10-BK50704-VK

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑆198201052011⑆  ⑆122100024⑆  806002234⑆



Keep this receipt as a record of your purchase.

Feb 2011

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1854205321

01/29/2011

California

Remitter CRISTAL ANGUIANO

Pay To The Order Of   CHAPTER 13 TRUSTEE
CH13  2:10-BK50704-VK

$ ************361.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

---

282111107 NEW 01/08 8810004306

**CASHIER'S CHECK**

1854205321  01-2/1221

Date  01/29/2011

Remitter CRISTAL ANGUIANO

Pay:  THREE HUNDRED SIXTY ONE DOLLARS AND 00 CENTS

Pay To The Order Of   CHAPTER 13 TRUSTEE
CH13  2:10-BK50704-VK

$ ************361.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1854205321⑈ ⑆122100024⑆ 806002234⑈



Keep this receipt as a record of your purchase.

JAN 2011

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1854204931

12/30/2010

California

Remitter  CRISTAL ANGUIANO

$ ************361.00 ***

Pay To The
Order Of    CHAPTER 13 TRUSTEE
CH13    2:10-BK50704-VK

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

282111107 NEW 01/08 8010004305

**CASHIER'S CHECK**    1854204931  91-2/1221

Date   12/30/2010

Remitter  CRISTAL ANGUIANO

Pay:    THREE HUNDRED SIXTY ONE DOLLARS AND 00 CENTS

$ ************361.00 ***

Pay To The
Order Of    CHAPTER 13 TRUSTEE
CH13    2:10-BK50704-VK

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1854204931⑈ ⑇122100024⑇ 806002234⑈

**CHASE**

Keep this receipt as a record of your purchase.

Dec 2010

FOR YOUR PROTECTION SAVE THIS COPY        Customer Copy
CASHIER'S CHECK
                                           1130307951
California                                 12/01/2010
            Remitter  CRISTAL ANGUIANO

                                           $ ***********361.00 ***
Pay To The   CHAPTER 13 TRUSTEE
Order Of
                        Drawer: JPMORGAN CHASE BANK, N.A.
                        NON NEGOTIABLE

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

---

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    CASHIER'S CHECK    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**                                              1130307951  91-2/1221
            Remitter  CRISTAL ANGUIANO                 Date   12/01/2010

Pay:   THREE HUNDRED SIXTY ONE DOLLARS AND 00 CENTS

                                                       $ ***********361.00 ***
Pay To The   CHAPTER 13 TRUSTEE
Order Of
       ch13 2:10-bk-50704-VK        Drawer: JPMORGAN CHASE BANK, N.A.
                                    Michael _____
                                    Senior Vice President
                                    JPMorgan Chase Bank, N.A.
                                    Phoenix, AZ

⑈1130307951⑈ ⑆122100024⑆ 806002234⑈

Keep this receipt as a record of your purchase.

Nov 2010

FOR YOUR PROTECTION SAVE THIS COPY
**MONEY ORDER**

Customer Copy

1102714307

PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

California

11/10/2010

Pay To The Order Of

$ **********341.00***

Pay   THREE HUNDRED FORTY ONE DOLLARS AND 00 CENTS

**NON NEGOTIABLE**

NOT VALID FOR MORE THAN $1000.00

SENDER

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

---

**CHASE**  **MONEY ORDER**

1102714307  91-2/1221

Date  11/10/2010

Order Of  CHAPTER 13 Trustee           **341.00**

Pay   THREE HUNDRED FORTY ONE DOLLARS AND 00 CENTS

CRISTEL ANGULANO
SENDER
CH13 2:10-BK-50704-VK
ADDRESS:
JPMorgan Chase Bank, N.A.
Phoenix, AZ

NOT VALID FOR MORE THAN $1000.00

MEMO

⑆1102714307⑆ ⑈122100024⑈ 806002218⑈



Keep the receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY   Customer Copy
MONEY ORDER
1102714308

PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE ITEM.

California                                              11/10/2010

Pay To The Order Of                                     $ ************21.00 ***

Pay   TWENTY ONE DOLLARS AND 00 CENTS

NON NEGOTIABLE
SENDER

NOT VALID FOR MORE THAN $1000.00

TERMS
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

---

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK   MONEY ORDER   HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CHASE                                                   1102714308  91-2/1221
                                                        Date  11/10/2010

Pay To The Order Of   CHAPTER 13 TRUSTEE                $ ************21.00 ***

Pay   TWENTY ONE DOLLARS AND 00 CENTS

                                CRISTAL ANGUIANO
                                SENDER
                                CH13 2:10-bk-50704 VK
                                ADDRESS
                                JPMorgan Chase Bank, N.A.
                                Phoenix, AZ

NOT VALID FOR MORE THAN $1000.00
MEMO

⑆1102714308⑆ ⑉122100024⑉ 806002218⑆